A CERTIFIED TRUE COPY
ATTEST
By Tarrell L. Littleton on Mar 15, 2010
FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 26, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION        MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-29)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 237 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 15, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION    MDL No. 1968

## SCHEDULE CTO-29 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                **CASE CAPTION**

ALABAMA NORTHERN
  ALN   2    10-96               Katie Hutchins v. Actavis Group hf, et al.

CALIFORNIA CENTRAL
  CAC   5    10-94               John L. Lohr, Sr., et al. v. Actavis Totowa, LLC, et al.

CALIFORNIA NORTHERN
  CAN   3    10-445              Rosina Michina, etc. v. Actavis Totowa, LLC, et al.

CALIFORNIA SOUTHERN
  CAS   3    10-267              William Wegis, et al. v. Actavis Totowa, LLC, et al.

FLORIDA SOUTHERN
  FLS   0    10-60090            William Anderson v. Mylan Pharmaceuticals, Inc., et al.

ILLINOIS NORTHERN
  ILN   1    10-354              Calvin C. Friar, Sr., et al. v. Actavis, Inc., et al.
  ILN   1    10-709              Lillian Hall v. Actavis Totowa, LLC, et al.

MICHIGAN EASTERN
  ~~MIE   2    10-10554~~          ~~Christine Evans, etc. v. Walgreen Co.~~

MISSISSIPPI SOUTHERN
  MSS   3    10-103              Tammy Buras, etc. v. Actavis Totowa, LLC, et al.

PENNSYLVANIA WESTERN
  PAW   2    10-179              Ralph Zelik, etc. v. Mylan Pharmaceuticals, Inc., et al.